| | |
|---|---|
| 1 | Gary Huss (SBN 057370) |
| | **LAW OFFICES OF GARY HUSS** |
| 2 | 3649 W. Beechwood Avenue, Suite 102 |
| | Fresno, California 93711 |
| 3 | Telephone: (559) 441-7073 |
| | Facsimile: (559) 261-4916 |
| 4 | E-mail: gary@huss4law.com |

Attorneys for Defendant,
JULIO MIGUEL ROMERO-NAVARRO aka
EDGAR G. RAMIREZ-ORTIZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 1:11-CR-00006-LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE ; ORDER |
| v. | |
| JULIO MIGUEL ROMERO-NAVARRO, aka EDGAR G. RAMIREZ-ORTIZ | Date: June 25, 2012<br>Time: 8:30 a.m.<br>Judge: Honorable Lawrence J. O'Neill |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between parties through their respective counsel, Assistant United States Attorney, Andrew Gradman, counsel for Plaintiff, and Gary Huss, counsel for Defendant, JULIO MIGUEL ROMERO-NAVARRO aka EDGAR RAMIREZ-ORTIZ, that the hearing currently set for June 25, 2012 at 8:30 a.m., **may be rescheduled to July 9, 2012** at 8:30 a.m.

This continuance is requested by counsel for the Defendant due to additional time needed to arrange client to be brought from Lerdo Facility, arrange an interpreter to be present, and review Plea Agreement with defendant to obtain a signature. Defendant's counsel also has a scheduled vacation scheduled the week of June 18th and will not be available to meet with defendant prior to hearing of June 25, 2012.

/ / /

/ / /

1 | The parties agree that the delay resulting from the continuance shall be excluded
2 | pursuant to the Speedy Trial Act of 1974, 18 U.S.C. §§3161(h)(7)(B)(I) and (iv), and that good
3 | cause exists, and that the ends of justice served by the granting of such continuance outweigh the
4 | best interests of the public and the defendant in a speedy trial.

Dated: June 13, 2012.                              Respectfully Submitted,


                                                        /s/ Gary Huss
                                                        Gary Huss,
                                                        Attorney for Defendant


Dated: June 13, 2012.                              BENJAMIN B. WAGNER
                                                         United States Attorney


                                                        /s/ Andrew L. Gradman
                                                         Andrew L. Gradman
                                                         Special Assistant U.S. Attorney


## **ORDER**

Good cause exists. Time is excluded for the reason stated in the stipulation.

**IT IS SO ORDERED**.

Dated: June 13 , 2012.

                                                         /s/ Lawrence J. O'Neill
                                                         Honorable Lawrence J. O'Neill
                                                         United States District Court
                                                         Eastern District of California